**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02444-GPG-NRN


GENERAL CASUALTY COMPANY OF WISCONSIN,

     Plaintiff,

v.


MICHELLE WILSON,
ROBERT WILSON, and
MANUEL PIRIA,,

     Defendant.

---

**DEFAULT JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 55(b), the following Judgment is hereby entered.

Pursuant to the Order [ECF 44] entered by the Honorable Gordon P. Gallagher

on July 5, 2023, and incorporated herein by reference as if fully set forth, it is

ORDERED that

1. Report &Recommendation is affirmed and adopted [ECF 43]

2. Plaintiff's Motion for Default Judgment [ECF 27] is GRANTED.

3. Plaintiff's Motion for Default Judgment against Manuel Piria [ECF 42] is

   GRANTED.

4. Default judgment is hereby entered in favor of Plaintiff and against

   Defendants Michelle Wilson, Robert Wilson and Manuel Piria in the

   amount of $116,984.11 for the May 10, 2022, performance bond

1

settlement, reasonable construction consultant costs in the amount of $18,818.50, prejudgment interest thereon in the amount of $13,768.87, reasonable attorney fees in the amount of $21,092.50, and costs in the amount of $979.64.

5. Default judgment is entered in favor of Plaintiff and against Defendant Manuel Piria only on its claim for breach of contract in the amount of $171,643.62.

6. Plaintiff is awarded post-judgment interest on the foregoing sums from the date judgment is entered at the rate set by 28 U.S.C. § 1961.

This case is closed.

DATED at Grand Junction, Colorado, this 5th day of July, 2023.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/ D. Clement
         D. Clement,
         Deputy Clerk